

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON FURTHER MOTION FOR REHEARING

Appellate case name:        Ex parte Matthew Leachman

Appellate case number:      01-16-00787-CR

Trial court case number:    1522187

Trial court:                248th District Court of Harris County

The panel has voted to deny appellant's Further Motion for Rehearing of this Court's June 19, 2018 Opinion on Rehearing and Judgment.

It is ordered that the further motion for rehearing is **denied**.

Judge's signature: /s/ Laura C. Higley
                    Acting for the Panel

Panel consists of: Justices Higley, Brown, and Caughey.

Date: August 16, 2018